
EOD
09/06/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|    Richard Kent & Claudia Rowena Kelley | § | CASE NO. 88-40510 |
|    1317 Woodland Court | § | Chapter 7 |
|    Allen, TX 75002 | § | |
|    C: xxx-xx-7851 R: xxx-xx-8828 | § | |
| | § | |
| DEBTOR. | § | |

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Dillards, in the amount of $2,001.94 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that General Electric Company C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,001.94, to:

    General Electric Company
    C/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027-0125.

Signed on 9/6/2011

Dated: _____

*Brenda T. Rhoades* MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE